Sound Transportation Company, Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

James I. Brokaw, Respondent, v. William Grant Brown, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Robert B. Kellogg, Respondent, v. Val M. Schmitz, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Edward Donohue, Respondent, v. The County of Essex and Another, Defendants, Impleaded with John Anderson and Another, etc., Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Edward Donohue, Respondent, v. The County of Essex and Another, Defendants, Impleaded with John Anderson and Another, etc., Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Edward Donohue, as Administrator, etc., Respondent, v. The County of Essex and Another, Defendants, Impleaded with John Anderson and Another, etc., Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Mary Donohue, Respondent, v. The County of Essex and Another, Defendants, Impleaded with John Anderson and Another, etc., Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Alice Breen, Respondent, v. The County of Essex and Another, Defendants, Impleaded with John Anderson and Another, etc., Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Peter Van Den Burgh, Appellant, v. The City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

United States Trust Company of New York, Respondent, v. Martindale Real Estate Company, a Domestic Corporation, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Gerard Kaufman, Respondent, v. George F. Gantz, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of requiring plaintiff to serve an amended complaint wherein